UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARENA FOOTBALL LEAGUE UNION, | ) | |
|     Plaintiff | ) | Case No. 16-cv-07910 |
| | ) | |
|     v. | ) | Judge Robert M. Dow Jr. |
| | ) | |
| ARENA FOOTBALL ONE, LLC, | ) | |
|     Defendant | ) | |

JOINT MOTION TO
ENTER CONSENT JUDGMENT

Plaintiff Arena Football League Union ("AFFLU") and Defendant Arena Football One, LLC ("AFL"), by and through their attorneys, hereby jointly move for entry of a Consent Judgment. In support, the parties state as follows:

1. The Union seeks confirmation of the Arbitration Award pursuant to Section 301 of the Labor Management Relations Act, Sections 6 and 9 of the Federal Arbitration Act, 9 U.S.C. §§ 6 and 9, and Fed. R. Civ. P. 13(a).

2. The Complaint was filed on August 5, 2016. (Dkt.#1)

3. Defendant was served on August 16, 2016.

4. Defendant has filed a motion to appear *pro hac vice* for purposes of submitting this motion; Defendant has not yet answered or otherwise pled but agrees to the entry of the Consent Judgement.

5. A draft Consent Judgment is attached as Exhibit A. The parties agree that the arbitration award should be confirmed.

WHEREFORE, the parties jointly request that the Court enter the draft Consent Judgement in this matter.

Respectfully submitted,

/s/ Sherrie E. Voyles
One of Plaintiff's Attorneys

Sherrie E. Voyles
Brandon M. Anderson
JACOBS, BURNS, ORLOVE & HERNANDEZ
150 North Michigan Ave. Suite 1000
Chicago, Illinois 60601
Telephone: 312-372-1646
svoyles@jbosh.com

As agreed by on behalf of Defendant:

/s/ Robert F. O'Neill
Robert F. O' Neill, Esq.
David A. Boyd, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor, P.O. Box 369
Burlington, VT 05402-0369
(802) 658-0220
roneill@gravelshea.com
dboyd@gravelshea.com

## CERTIFICATE OF SERVICE

I, Brandon M. Anderson, an attorney, certify that I caused a copy of the foregoing document to be served electronically by filing it using the CM/ECF system on October 4, 2016.

/s/ Sherrie E. Voyles
Sherrie E. Voyles

<1157447v1/RFO>